IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:20-CV-195-FL

| | |
|---|---|
| **NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**DEBORAH HINES,**<br><br>**Defendant.** | **ENTRY OF DEFAULT** |

It appearing from the records in this action that the Summons and Complaint have been served upon Defendant Deborah Hines ("Defendant"), and it further appearing from the declaration of counsel for Plaintiff, and other evidences as required by Rule 55(a) of the Federal Rules of Civil Procedure and Local Civil Rule 55.1(a), that Defendant has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure.

NOW, THEREFORE, on request of Plaintiff's counsel, the DEFAULT of the Defendant is hereby ENTERED.

Dated: March  8 , 2021.

_____
Clerk, United States District Court