UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| NORTH AMERICAN COMPANY FOR LIFE and HEALTH INSURANCE <br>          Plaintiff, <br> v. <br> DEBORAH HINES <br>          Defendant. | **DEFAULT JUDGMENT** <br><br> No. 4:20-CV-195-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on plaintiff's motion for default judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 6, 2021, for the reasons set forth more specifically therein, plaintiff's motion for default judgment is granted. Policy No. XXXXXX2341 is rescinded. Defendant shall deliver and surrender Policy No. XXXXXX2341 to plaintiff for cancellation. Policy No. XXXXXX2341 is null and void and of no effect, and plaintiff has no obligation or liability thereunder other than to refund the premium paid by Kevin Hines for the Policy.

**This Judgment Filed and Entered on May 6, 2021, and Copies To:**

Ashley Honeycutt Terrazas / Craig M. Bargher / Kip Nelson (via CM/ECF Notice of Electronic Filing)

May 6, 2021                        PETER A. MOORE, JR., CLERK

                                          /s/ Sandra K. Collins
                                          (By) Sandra K. Collins, Deputy Clerk